1 | McGREGOR W. SCOTT
United States Attorney
2 | RICHARD J. BENDER
Assistant U.S. Attorney
3 | 501 I Street, 10th Floor
Sacramento, California 95814
4 | Telephone: (916) 554-2731

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )          CR. No. S   00-0161 MCE
                                       )
12 |                 Plaintiff,         )          **UNOPPOSED MOTION FOR ORDER**
                                       )          **EXTENDING TIME FOR**
13 |            V.                      )          **DEFENDANT'S SELF SURRENDER**;
                                       )          ~~PROPOSED~~  **ORDER**
14 |                                    )
       ALFREDO TOBAR, JR.,             )
15 |                                    )
                 Defendants.           )
16 | _____)

17      The United States hereby requests that the defendant's date of self-surrender to commence

18 | serving his sentence from August 2, 2005, until noon on October 4, 2005.  The reason for the request

19 | is that government counsel has been informed by Contra Costa County Deputy District Attorney

20 | Patrick Vanier that defendant Tobar is needed for a state court trial which is scheduled to commence

21 | in mid-September and should be finished before the end of the month.  That trial had previously been

22 | scheduled for this month (July) but has been continued.  I have contacted the U.S. Bureau of Prisons

23 | about the feasibility of brining the defendant back for the trial and have been informed that the

24 | difficulties and costs involved in bringing the defendant back and forth from his designated institution

25 | in-custody to attend the state court proceedings,  are substantial and costly.  Given the relatively short

26 | sentence received by the defendant, it is preferable to simply continue his self-surrender date rather

27 | than to attempted to move him back and forth from state custody.

28 | //

I have contacted the attorney for defendant Tobar, Timothy Zindel, Esq., and neither he nor his client has an objection to the government's request.

DATED: July 29, 2005

McGREGOR W. SCOTT
United States Attorney

By:_____/s/_____
RICHARD J. BENDER
Assistant U.S. Attorney

O R D E R

It is so ORDERED,  this 29th day of July, 2005.

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE